UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                :
                                                :   21 Civ. 7785 (JPC)      21 Civ. 9514 (JPC)
                                                :   21 Civ. 8501 (JPC)      21 Civ. 9516 (JPC)
In re:                                          :   21 Civ. 8507 (JPC)      21 Civ. 9901 (JPC)
                                                :   21 Civ. 8599 (JPC)      21 Civ. 10724 (JPC)
                                                :   21 Civ. 9415 (JPC)      21 Civ. 10910 (JPC)
TRONOX INCORPORATED *et al.*                    :   21 Civ. 9418 (JPC)       22 Civ. 230 (JPC)
                                                :   21 Civ. 9511 (JPC)
                                                :
                                                :                    ORDER
-------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Pending before the Court are thirteen (13) related appeals (the "Appeals") from orders of
the United States Bankruptcy Court for the Southern District of New York in *In re Tronox
Incorporated et al.*, No. 09-10156 (the "Bankruptcy Case"), denying motions seeking relief from
the August 12, 2009 deadline ("Bar Date") to file proofs of claim in the Bankruptcy Case so that
certain individuals may pursue claims against the Tronox Incorporated Tort Claims Trust based on
diseases or conditions that were diagnosed prior to the Bar Date, but as to which no timely proof of
claim was filed.  *See* Bankruptcy Case, Dkts. 9498, 9506, 9507.

It is hereby ORDERED that, by August 29, 2022, Appellees Tronox Incorporated and
Garretson Resolution Group, Inc. shall submit a letter advising the Court as to how the parties intend
to proceed with the Appeals, including whether the parties seek consolidation of the Appeals and
any proposed briefing schedule, to proceed on a consolidated basis or otherwise.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se*
Appellants in the Appeals and to note service on the docket.

 SO ORDERED.

Dated: August 17, 2022
        New York, New York

                                        _____
                                            JOHN P. CRONAN
                                        United States District Judge