UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                               :

In re:                                        :                21 Civ. 7785 (JPC)

TRONOX INCORPORATED *et al.*            :                ORDER

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On August 30, 2022, the Court granted leave to Appellee The Garretson Resolution Group, Inc., d/b/a Epiq Mass Tort, the Trustee of The Tronox Incorporated Tort Claims Trust (the "Trust") to move to dismiss a number of the thirteen consolidated bankruptcy appeals pending before the Court. Dkt. 5. That Order set a briefing schedule with the motion due on September 13, 2022; opposition briefs due by September 30, 2022; and a reply, if any, due on October 14, 2022. *Id.* The Trust timely filed its motion on September 13, 2022. Dkt. 8. However, the deadline for Appellants to respond has now passed, and the docket does not reflect any opposition briefs from Appellants. Accordingly, the Court *sua sponte* extends Appellants' deadline to respond to the Trust's motion to dismiss until October 11, 2022. The Trust's deadline to submit any reply is also extended to October 21, 2022.

      SO ORDERED.

Dated: October 4, 2022
       New York, New York

                                                           JOHN P. CRONAN
                                                      United States District Judge