UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
:  21 Civ. 7785 (JPC) (CON)   21 Civ. 8599 (JPC)
:     21 Civ. 8501 (JPC)         21 Civ. 10910 (JPC)
*In re*:  :     21 Civ. 8507 (JPC)         22 Civ. 230 (JPC)
:
:                 ORDER
:
TRONOX INCORPORATED *et al.*   :
:
:
:
:
----------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

In accordance with Federal Rule of Bankruptcy Procedure 8018(a), the Court sets the following briefing schedule for Appellants' consolidated appeals in Nos. 21 Civ. 7785 (JPC), 21 Civ. 8501 (JPC), 21 Civ. 8507 (JPC), 21 Civ. 8599 (JPC), 21 Civ. 10910 (JPC), 22 Civ. 230 (JPC). Appellants' briefs are due January 19, 2023. Appellee Garretson Resolution Group, Inc., d/b/a Epiq Mass Tort, the Trustee of The Tronox Incorporated Tort Claims Trust shall file an omnibus brief on February 20, 2023. Reply briefs from Appellants, if any, are due March 6, 2023.

In accordance with the Court's Individual Rules and Practices for Civil Cases, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours (*i.e.*, two business days) before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

The Clerk of Court is respectfully directed to enter this order in the following actions:

*Turner v. Tronox Incorporated*, No. 21 Civ. 7785 (JPC); *Perrins v. Tronox Incorporated*, No. 21 Civ. 8501 (JPC); *Davis v. Tronox Incorporated*, No. 21 Civ. 8507 (JPC); *Saddler v. Tronox Incorporated*, No. 21 Civ. 8599 (JPC); *Smith v. Tronox Incorporated*, No. 21 Civ. 10910 (JPC); *Carr-McCoy v. Tronox Incorporated*, No. 22 Civ. 230 (JPC).

SO ORDERED.

Dated: December 20, 2022
New York, New York

JOHN P. CRONAN
United States District Judge