```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
                                                       :  21 Civ. 7785 (JPC) (CON)   21 Civ. 8599 (JPC)
                                                       :     21 Civ. 8501 (JPC)        21 Civ. 10910 (JPC)
In re:                                                 :     21 Civ. 8507 (JPC)         22 Civ. 230 (JPC)
                                                       :
                                                       :              ORDER
TRONOX INCORPORATED et al.                             :
                                                       :
                                                       :
                                                       :
-------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 20, 2022, the Court ordered Appellants in the above consolidated appeals to submit their briefs by January 19, 2023. Dkt. 11. That deadline has passed, and the docket does not reflect that any of the remaining Appellants have filed a brief. Accordingly, the deadline for Appellants to file their briefs is adjourned *sua sponte* to January 26, 2023. The deadline for Appellee to submit its omnibus brief is also adjourned to February 28, 2023. The deadline for Appellants' reply briefs, if any, is adjourned to March 14, 2023.

Appellants are on notice that further failure to comply with the Court's deadlines, including by failing to file their lead briefs by January 26, 2023, may result in an order dismissing their appeals for failure to prosecute. *See In re Tampa Chain Co., Inc.*, 835 F.2d 54, 55-56 (2d Cir. 1987) (district court did not abuse discretion in dismissing a *pro se* bankruptcy appeal when appellants failed to file a brief in support). If appellants once again fail to file a brief, Appellee should address whether dismissal for failure to prosecute would be proper in its brief, in addition to the merits of these appeals.

The Clerk of Court is respectfully directed to enter this order in the following actions: *Turner v. Tronox Incorporated*, No. 21 Civ. 7785 (JPC); *Perrins v. Tronox Incorporated*, No. 21

Civ. 8501 (JPC); *Davis v. Tronox Incorporated*, No. 21 Civ. 8507 (JPC); *Saddler v. Tronox Incorporated*, No. 21 Civ. 8599 (JPC); *Smith v. Tronox Incorporated*, No. 21 Civ. 10910 (JPC); *Carr-McCoy v. Tronox Incorporated*, No. 22 Civ. 230 (JPC).  Appellee should serve each Appellant with a copy of this order via overnight courier.

    SO ORDERED.

Dated: January 20, 2023
      New York, New York

                                              JOHN P. CRONAN
                                     United States District Judge