**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

TRONOX INCORPORATED et al.

21 **CIVIL** 7785 (JPC)
21 **CIVIL** 8501 (JPC)
21 **CIVIL** 8507 (JPC)
21 **CIVIL** 8599 (JPC)
21 **CIVIL** 10910 (JPC)
22 **CIVIL** 230 (JPC)

## JUDGMENT

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 31, 2023, the Decision of the Bankruptcy Court is affirmed; accordingly, the above-captioned cases are closed.

**Dated:** New York, New York
March 31, 2023

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** *K. Mango*

**Deputy Clerk**